## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KELLY C. GALLAGHER and ROBERT
WYATT, individually and on behalf of all
others similarly situated,

        Plaintiffs,

  v.

GENERAL MOTORS LLC,

        Defendant.

Case No. 3:19-CV-11836

Judge Robert H. Cleland

## ORDER

Before the Court is the parties' Joint Motion For Settlement Approval.

Having duly considered the motion, IT IS HEREBY ORDERED:

1.    The Joint Motion for Settlement Approval is **GRANTED**.

Dated:  August 25, 2021

s/Robert H. Cleland
Judge Robert H. Cleland