# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KELLY C. GALLAGHER and ROBERT WYATT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>      Defendant. | Case No. 3:19-CV-11836<br><br>Judge Robert H. Cleland |

## ORDER

Before the Court is the parties' Stipulation Of Dismissal With Prejudice.

Having duly considered the motion, IT IS HEREBY ORDERED:

1.  This matter is dismissed with prejudice in its entirety, with each party bearing its own costs and attorneys' fees.

2.  The dismissal of this action with prejudice does not affect or prejudice the claims or rights of any individual who did not participate as a Plaintiff or Opt-in to the Lawsuit.


Dated:  October 1, 2021　　　　　　　　　　　 s/Robert H. Cleland
　　　　　　　　　　　　　　　　　　　　　　 Judge Robert H. Cleland

75289442v.1